UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CLEASE ALLEN, MARY ALTONEN, AND IGOR
SIDORKIN, *on behalf of themselves and all others similarly situated*,

               Plaintiffs,

  - against -

ADVANCED CALL CENTER TECHNOLOGIES, L.L.C.,

               Defendant.
-------------------------------------------------------------------X

**JUDGMENT**
18-CV-2873 (RRM) (AYS)

A Memorandum and Order having issued this day granting defendant Advanced Call Center Technologies LLC's motion to dismiss, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiffs Clease Allen, Mary Altonen and Igor Sidorkin take nothing from defendant, and that this action is hereby dismissed with prejudice.

Dated: Brooklyn, New York
       September 30, 2019

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge